UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

*Tolu Babalola. v. Bayer HealthCare Pharmaceuticals Inc., et al.*    No.    3:12-cv-10289-DRH-PMF

*Terri Lynn Poff v. Bayer HealthCare Pharmaceuticals Inc., et al.*    No.    3:10-cv-13849-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal With Prejudice of Settled Actions, filed on November 5, 2012, the above cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:    /s/*Sara Jennings*
Deputy Clerk

Dated:  November 6, 2012

Digitally signed by
David R. Herndon
Date: 2012.11.06
13:47:05 -06'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT