UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>)<br>)    3:09-md-02100-DRH-PMF<br>)<br>)    MDL No. 2100<br>) |

**This Document Relates To:**

*Tolu Babalola. v. Bayer HealthCare Pharmaceuticals Inc., et al.*   No.   3:12-cv-10289-DRH-PMF

*Terri Lynn Poff v. Bayer HealthCare Pharmaceuticals Inc., et al.*   No.   3:10-cv-13849-DRH-PMF

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal With Prejudice of Settled Actions, filed on November 5, 2012, the above cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

          NANCY J. ROSENSTENGEL,
          CLERK OF COURT

          BY:     /s/*Sara Jennings*
          **Deputy Clerk**

Dated:  November 6, 2012

Digitally signed by
David R. Herndon
Date: 2012.11.06
13:47:05 -06'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT